**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

EXPRESS DENTAL CARE, LLC,

    Plaintiff,

v.                                       CASE NO: 8:08-cv-1607-T-26MAP

ERNEST RODRIGUEZ, JR., DANIEL C.
RODRIGUEZ, CESAR SALAMONE,
TRACY SALAMONE, IRV JOSEPH,
CARMEN FERNANDEZ, and
DENTALMED, INC.,

    Defendants.
_____/

**O R D E R**

Upon due consideration of the parties' submissions, together with the well-pleaded allegations of Plaintiff's complaint, it is ordered and adjudged that Defendants' Motion to Dismiss Count I of Plaintiff's Complaint (Dkt. 17) is denied. The Court declines to recede from its prior ruling in Pharmerica, Inc. v. Arledge 2007 WL 865510 *8 (M.D. Fla. 2007) (and cases cited). Accord Calyon v. Mizuho Sec. USA, Inc., 2007 WL 2618658 *1 (S.D. N.Y. 2007) (interpreting Computer Fraud and Abuse Act, 18 U.S.C. § 1030, "to include an employee who is accessing documents on a computer system which that employee had to know was in contravention of the wishes and interests of his employer.") (citing in part Arledge). Defendants shall file their answer and defenses to Plaintiff's complaint within 10 days of this order.

**DONE AND ORDERED** at Tampa, Florida, on September 17, 2008.

                                                      s/*Richard A. Lazzara*
                                                      **RICHARD A. LAZZARA
                                                      UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record