**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

EXPRESS DENTAL CARE, INC.,

    Plaintiff,

v.                                              CASE NO: 8:08-cv-1607-T-26MAP

ERNEST RODRIGUEZ, JR., DANIELLE C.
RODRIGUEZ, CESAR SALAMONE,
TRACY SALAMONE, IRV JOSEPH,
CARMEN FERNANDEZ, and
DENTALMED, INC.,

    Defendants.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Plaintiff's Renewed Emergency Motion for Temporary Restraining Order (Dkt. 25) is denied because at this juncture of the proceedings any request for injunctive relief must be sought under the auspices of Rule 65(a). Plaintiff's Alternative Motion for Preliminary Injunction (Dkt. 25) is also denied because Plaintiff has failed to provide the Court with the type of evidentiary record required by Local Rule 4.06(b)(1) from which the Court can make an informed decision as to whether Plaintiff can satisfy the four-part test for obtaining preliminary injunctive relief, especially as to the issue of whether there is a substantial likelihood that Plaintiff will prevail on the merits of its various claims.

    **DONE AND ORDERED** at Tampa, Florida, on September 17, 2008.

                                                      s/*Richard A. Lazzara*
                                                      **RICHARD A. LAZZARA**
                                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record