UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EXPRESS DENTAL CARE, LLC,

    Plaintiff,

v.                                        CASE NO: 8:08-cv-1607-T-26MAP

ERNEST RODRIGUEZ, JR., et al.,

    Defendants.
                                      /

## **O R D E R**

Upon due consideration, it is ordered and adjudged that Plaintiff's Motion to Extend Deadlines (Dkt. 71) is denied without prejudice. The deposition of Defendants' corporate representative is cancelled. The Court will reset the relevant deadlines, as well as the deposition of Defendants' corporate representative, at the hearing on Plaintiff's motion to compel scheduled for Thursday, August 13, 2009, at 10:00 a.m.

**DONE AND ORDERED** at Tampa, Florida, on July 31, 2009.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record